UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-22671 |
| | ) | Chapter 7 |
| R.E. Russell Painting Co., Inc., | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor. | ) | |

COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

Name of Applicant:     Popowcer Katten, Ltd.

Authorized to Provide
Professional Services to:_____ Richard M. Fogel, Trustee

Date of Order Authorizing Employment: October 30, 2012
Period for Which
Compensation is Sought: January 29 – February 5, 2013

Amount of Fees Sought: $     720.00

Amount of Expense
Reimbursement Sought: $     0.00

This is an: Interim Application__ Final Application XX

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Amount Disallowed |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $   0.00

Dated: February 20, 2013                    Popowcer Katten, Ltd.

                                            By: /s/ Richard M. Fogel

(Local Bankruptcy Rules as adopted 24 June 1994: Page 106)

{4273 CVR A0322942.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| R.E. Russell Painting Co., Inc., | Case No. 11-22671 |
| Debtor(s) | Hon. Pamela S. Hollis |

### FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL COMPENSATION

Popowcer Katten, Ltd. ("PK"), the accountants for Richard M. Fogel, the Chapter 7 trustee (the "Trustee") for the estate of R.E. Russell Painting Co., Inc. (the "Debtor"), submits this Final Application (the "Application") seeking allowance and payment of compensation and reimbursement expenses pursuant to 11 U.S.C. §§ 326, 330 and 503(b). In support of this Application, PK states as follows:

### BACKGROUND

1. On May 27, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of title 11, United States Code (the "Bankruptcy Code"), thereby commencing the above-entitled case (the "Case").

2. The Trustee was appointed as the Chapter 7 trustee of the Debtor' estate (the "Estate") on the Petition Date.

3. On September 27, 2012, the Trustee was authorized to re-open the Case in order to administer certain personal property of the Estate.

4. The Trustee was required to file federal and state income tax returns for the Estate.

5. On October 30, 2012, the Trustee was authorized to retain PK to perform accounting services for the benefit of the Estate.

{4273 APPL A0313465.DOC}

6. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7. During the period of January 29, 2013 through February 5, 2013 (the "Application Period"), PK performed the following tasks in connection with the Trustee's administration of this case:

  (a) Prepared federal and state income tax returns for the Estate for the tax year ending December 31, 2012 (final); and

  (b) Prepared draft final determination letters for the IRS and the IDOR pursuant to 11 U.S.C. § 505(b) for the Estate returns.

## REQUESTED FEES

8. PK has provided valuable legal services to the Trustee and the Estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, PK requests the allowance and payment of fees in the amount of $720.00 for these services, no amount of which has been previously paid.

9. The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
|---|---|---|---|
| L. West | 3.0 | 240 | $720.00 |
| **TOTALS** | **3.0** | | **$720.00** |

Attached to this Application as <u>Exhibit A</u> is a detailed statement of the services rendered by PK on behalf the Trustee during the Application Period. The statement contains a description of the

{4273 APPL A0313465.DOC}                2

particular services rendered and the amounts of time spent thereon at the current billing rates of PK's professional(s) set forth above.

10. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, PK respectfully submits that its fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

11. No agreement or understanding between PK and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Cases.

12. PK has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

13. A copy of this Application has been served on the Office of the United States Trustee for the Northern District of Illinois. A notice of the hearing on the Application was served on all creditors and parties in interest by the Clerk of the U.S. Bankruptcy Court.

WHEREFORE, PK requests the entry of an order that:

(a) allows and grants the Trustee authority to pay PK $720.00 as compensation for services rendered during the Application Period;

(b) waives other and further notice of this hearing with respect to this Application; and

(c) grants PK such additional relief as may be appropriate under the circumstances.

          Respectfully submitted,

          POPOWCER KATTEN, LTD.

Dated: February 20, 2013      By: /s/ Richard M. Fogel
                                                 Richard M. Fogel, Trustee

Richard M. Fogel (#3127114)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151

**Invoice No.** 26076



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- R. E. Russell Painting Co., Inc. (11-22671)
- Richard M. Fogel, Trustee
- Shaw Fishman Glantz & Towbin
- 321 N. Clark Street, Suite 800
- Chicago, IL 60654

**Date:** February 19, 2013     **Account No.:** FOG12353L

For Professional Services Rendered:

For accounting and tax services rendered for the period January 29, 2013 through February 5, 2013 including preparation of federal and state corporate income tax returns for the final year ended December 31, 2012 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 3.0 | $240. | $ 720.00 |
|  | Total Due: | 3.0 |  | $ 720.00 |

### R.E. RUSSELL PAINTING CO., INC. (11-22671)

#### Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 1/29/2013 | Tax Return Preparation - Prepare workpapers and final tax return for year ended 12/31/12. Missing tax identification number for shareholder - email to trustee to request same. | 2.0 | L. West | $240 | 480.00 |
| 2/4/2013 | Tax Return Preparation - Finalize returns - add shareholder tax identification number and print returns. Prepare transmittal letter, 505(b) letters and forms 8821 and IL-2848. Draft disclaimer statement re: missing returns for prior years. | 0.7 | L. West | $240 | 168.00 |
| 2/5/2013 | Tax Review - Final review - check assembly and sign forms 1120S and IL-1120-ST for 2012. | 0.3 | L. West | $240 | 72.00 |
| | Total | 3.0 | | | 720.00 |