UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 11-22671 |
| | ) |
| R.E. RUSSELL PAINTING CO., INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Debtor(s) | ) |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on April 9, 2013 in Courtroom 644**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: March 8, 2013          By: /s/ Richard M. Fogel
                                                      Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com
UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC 4}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: R.E. RUSSELL PAINTING CO., INC.   §   Case No. 11-22671
   §
   §
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   6,933.15

*and approved disbursements of*   $   96.28

*leaving a balance on hand of* [1]   $   6,836.87

**Balance on hand:**   $   6,836.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   6,836.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,443.32 | 0.00 | 1,443.32 |
| Trustee, Expenses - RICHARD M. FOGEL | 3.82 | 0.00 | 3.82 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 720.00 | 0.00 | 720.00 |

Total to be paid for chapter 7 administration expenses:   $   2,167.14
Remaining balance:   $   4,669.73

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,669.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,989.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | International Union of Painters & Allied Trades PF | 2,989.80 | 0.00 | 2,989.80 |

Total to be paid for priority claims: $ 2,989.80
Remaining balance: $ 1,679.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 69,203.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2 | International Union of Painters & Allied Trades PF | 39,913.73 | 0.00 | 968.92 |
| 2U | International Union of Painters Allied Trades PF | 25,142.61 | 0.00 | 610.34 |
| 3 | American Express Bank, FSB | 4,147.21 | 0.00 | 100.67 |

Total to be paid for timely general unsecured claims: $ 1,679.93
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance:  $    0.00

Prepared By:  /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-22671-PSH
R.E. Russell Painting Co., Inc.                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 2              Date Rcvd: Mar 11, 2013
                              Form ID: pdf006           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2013.
db           +R.E. Russell Painting Co., Inc.,    100 Ridge Ave.,   Prospect Heights, IL 60070-1352
17527428     +AT&T,   Bankruptcy Department,    PO Box 769,   Arlington TX 76004-0769
17340937      American Express,    P.O. Box 981535,   El Paso, TX 79998-1535
19872537      American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17340938     +Baum, Sigman, Aurbach, Neuman,    200 W. Adams,   Suite 2200,   Chicago, IL 60606-5231
17340939     +Bill Russell,   100 W. Ridge,    Prospect Heights, IL 60070-1352
17340940     +Cathy Russell,   100 W. Ridge Ave.,    Prospect Heights, IL 60070-1352
17340941      Chase,   P.O. Box 260161,    Baton Rouge, LA 70826-0161
17340942      Chase Ink,   P.O. Box 15298,    Wilmington, DE 19850-5298
17340943      Citi Business,   P.O. Box 6235,    Sioux Falls, SD 57117-6235
17348840      International Painters and Allied Trades Industry,    c/o Dawn M. Costa, Esq./Jennings Sigmond,
               510 Walnut St 16F Philadelphia, PA 19106
17545493     +International Union of Painters and,    Allied Trades Industry Pension Fund,
               c/o Dawn M. Costa, Esq/ Jennings Sigmond,   510 Walnut St 16th Foor,
               Philadelphia, PA 19106-3619
17340945     +Jennings Sigmond, P.C.,    510 Walnut St.,   Philadelphia, PA 19106-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17527428     +E-mail/Text: g17768@att.com Mar 12 2013 05:18:46      AT&T,   Bankruptcy Department,   PO Box 769,
               Arlington TX 76004-0769
17340936     +E-mail/Text: bkr@cardworks.com Mar 12 2013 05:13:11      Advanta,   P.O. Box 9217,
               Old Bethpage, NY 11804-9017
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17340944     ##+Home Depot,   P.O. Box 653000,    Dallas, TX 75265-3000
17527429     ##+NCO Financial Systems Inc,    PO Box 4947,   Trenton, NJ 08650-4947
17527430     ##+Teller Levit & Silvertrust P C,    11 E Adams Suite 800,   Chicago, IL 60603-6324
                                                                                   TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2013**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: mmyers              Page 2 of 2               Date Rcvd: Mar 11, 2013
                              Form ID: pdf006           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2013 at the address(es) listed below:

        Derek D Samz    on behalf of Creditor    Sherwin Williams Company dereksamz@gmail.com, nromando@dimontelaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard M Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawgussis.com, il72@ecfcbis.com
        Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
        Richard M. Fogel    on behalf of Accountant    Popowcer Katten Ltd rfogel@shawfishman.com, il72@ecfcbis.com
        Tom  Karr    on behalf of Debtor    R.E. Russell Painting Co., Inc. tomk@ksd-law.com

        TOTAL: 6

Case 11-22671    Doc 31    Filed 03/11/13    Entered 03/14/13 00:05:37    Desc Imaged
Certificate of Notice    Page 6 of 6