# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: R.E. RUSSELL PAINTING CO., INC. | §    Case No. 11-22671 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$79,200.00_<br>*(without deducting any secured claims)* | Assets Exempt: _$0.00_ |
| Total Distribution to Claimants:_$4,669.73_ | Claims Discharged<br>Without Payment: _$615,715.78_ |
| Total Expenses of Administration:_$2,263.42_ | |

3) Total gross receipts of $      6,933.15      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of  $6,933.15 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $200,779.32 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,263.42 | 2,263.42 | 2,263.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,989.80 | 2,989.80 | 2,989.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 556,702.39 | 69,203.55 | 69,203.55 | 1,679.93 |
| **TOTAL DISBURSEMENTS** | $757,481.71 | $74,456.77 | $74,456.77 | $6,933.15 |

4)  This case was originally filed under Chapter 7 on May 27, 2011. The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/01/2013          By: /s/RICHARD M. FOGEL
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank accounts- Chase | 1129-000 | 6,933.15 |
| **TOTAL GROSS RECEIPTS** | | $6,933.15 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 200,779.32 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $200,779.32 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,443.32 | 1,443.32 | 1,443.32 |
| RICHARD M. FOGEL | 2200-000 | N/A | 3.82 | 3.82 | 3.82 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 720.00 | 720.00 | 720.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.52 | 10.52 | 10.52 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.76 | 10.76 | 10.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,263.42 | $2,263.42 | $2,263.42 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | International Union of Painters & Allied Trades PF | 5800-000 | N/A | 2,989.80 | 2,989.80 | 2,989.80 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,989.80 | $2,989.80 | $2,989.80 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | International Union of Painters & Allied Trades PF | 7100-000 | N/A | 39,913.73 | 39,913.73 | 968.92 |
| 2U | International Union of Painters Allied Trades PF | 7100-000 | N/A | 25,142.61 | 25,142.61 | 610.34 |
| 3 | American Express Bank, FSB | 7100-000 | 8,510.23 | 4,147.21 | 4,147.21 | 100.67 |
| NOTFILED | Chase Ink | 7100-000 | 3,559.36 | N/A | N/A | 0.00 |
| NOTFILED | Citi Business | 7100-000 | 4,067.90 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 235.31 | N/A | N/A | 0.00 |
| NOTFILED | Baum, Sigman, Aurbach, Neuman | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cathy Russell | 7100-000 | 235,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bill Russell | 7100-000 | 235,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanta | 7100-000 | 10,329.59 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $556,702.39 | $69,203.55 | $69,203.55 | $1,679.93 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-22671

**Case Name:** R.E. RUSSELL PAINTING CO., INC.

**Period Ending:** 05/01/13

**Trustee:** (330720)    RICHARD M. FOGEL

**Filed (f) or Converted (c):** 05/27/11 (f)

**§341(a) Meeting Date:** 07/12/11

**Claims Bar Date:** 01/02/13

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Bank accounts- Chase | 7,500.00 | 7,500.00 | | 6,933.15 | FA |
| 2 | Stock and business interests | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Accounts Receivable | 78,000.00 | 0.00 | | 0.00 | FA |
| 4 | Office equipment, furnishings and supplies | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | **Assets    Totals** (Excluding unknown values) | **$86,700.00** | **$7,500.00** | | **$6,933.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final report filed 3/8/13

Case re-opened 9/27/2012 to administer bank account.  Trustee re-appointed 9/28/12.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2013

**Current Projected Date Of Final Report (TFR):**    March 8, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-22671 |
| Case Name: | R.E. RUSSELL PAINTING CO., INC. |
| Taxpayer ID #: | **-***7353 |
| Period Ending: | 05/01/13 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******96-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/28/12 | {1} | NATIONAL ACCOUNT SERVICES | Preferential garnishment of bank account | 1129-000 | 6,933.15 | | 6,933.15 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,908.15 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,883.15 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,858.15 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033072088 20130103 | 9999-000 | | 6,858.15 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 6,933.15 | 6,933.15 | $0.00 |
| Less: Bank Transfers | 0.00 | 6,858.15 | |
| Subtotal | 6,933.15 | 75.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,933.15 | $75.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-22671 | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** R.E. RUSSELL PAINTING CO., INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****724366 - Checking Account |
| **Taxpayer ID #:** **-***7353 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/01/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,858.15 | | 6,858.15 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.52 | 6,847.63 |
| 02/05/13 | 10101 | INTERNATIONAL SURETIES, LTD. | Bond No. 016026455 | 2300-000 | | 10.76 | 6,836.87 |
| 04/09/13 | 10102 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $720.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 720.00 | 6,116.87 |
| 04/09/13 | 10103 | International Union of Painters & Allied Trades PF | 100.00% dividend on Claim # 2P, Ref: | 5800-000 | | 2,989.80 | 3,127.07 |
| 04/09/13 | 10104 | International Union of Painters & Allied Trades PF | 2.42% dividend on Claim # 1 -2, Ref: | 7100-000 | | 968.92 | 2,158.15 |
| 04/09/13 | 10105 | International Union of Painters Allied Trades PF | 2.42% dividend on Claim # 2U, Ref: | 7100-000 | | 610.34 | 1,547.81 |
| 04/09/13 | 10106 | American Express Bank, FSB | 2.42% dividend on Claim # 3, Ref: X-X1004 | 7100-000 | | 100.67 | 1,447.14 |
| 04/09/13 | 10107 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,447.14 | 0.00 |
| | | | Dividend paid 100.00%        1,443.32 on $1,443.32;  Claim# A; Filed: $1,443.32 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%           3.82 on $3.82;  Claim# B; Filed: $3.82 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,858.15 | 6,858.15 | **$0.00** |
| Less: Bank Transfers | 6,858.15 | 0.00 | |
| **Subtotal** | **0.00** | **6,858.15** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$6,858.15** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-22671 |
| Case Name: | R.E. RUSSELL PAINTING CO., INC. |
| Taxpayer ID #: | **-***7353 |
| Period Ending: | 05/01/13 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****724366 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******96-66** | 6,933.15 | 75.00 | 0.00 |
| **Checking # ****724366** | 0.00 | 6,858.15 | 0.00 |
| | $6,933.15 | $6,933.15 | $0.00 |

{} Asset reference(s)